USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vanessa Laguerre,

                          Plaintiff,

-against-

Paramount Global et al.,

                          Defendants.

1:25-cv-00879 (JPO) (SDA)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, September 16, 2025, at 2:00 p.m. The conference shall proceed via Microsoft Teams.

      The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, September 9, 2025).

**SO ORDERED.**

Dated:     New York, New York
             May 30, 2025

                                                    _____
                                                    STEWART D. AARON
                                                    United States Magistrate Judge