# KM&M

K A U F F   M c G U I R E   &   M A R G O L I S   LLP

810 Seventh avenue, 33rd floor
New York, NY  10019

Telephone (212) 644-1010

Fax (212) 644-1936

Michele A. Coyne
Direct Dial: (212) 909-0703
Direct Fax: (212) 909-3503
coyne@kmm.com

New York

Los Angeles

November 21, 2025

**VIA ECF**

The Honorable J. Paul Oetken
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Laguerre v. Paramount Global, et al.*
       Case No. 1:25-cv-00879-JPO

Dear Judge Oetken:

As counsel to Defendants in the above-captioned matter, we write jointly with Plaintiff's counsel to respectfully request a sixty (60) day extension of the parties' fact and expert discovery deadlines. Currently, the fact discovery deadline is December 1, 2025 and the expert discovery deadline is January 14, 2026. A joint status letter is due on December 1, 2025.

The parties have substantially completed document discovery, including third-party discovery. However, the parties request more time in order to conduct depositions. The parties have agreed to the following deposition dates:

- Plaintiff's deposition – December 17, 2026;

- Defendant Johnson's deposition – January 12, 2026; and

- Defendant Paramount Global's Rule 30(b)(6) Witness deposition – January 13, 2026.

The parties respectfully request the Court set the following schedule:

- Fact Discovery Deadline: December 1, 2025 to January 30, 2026;

- Due Date for Joint Status Letter: December 1, 2025 to January 30 2026; and

- Expert discovery: January 14, 2026 to March 15, 2026.

4929-2077-9108.1

# KM&M
K A U F F   M c G U I R E   &   M A R G O L I S   L L P

This is the parties' second request for an extension of the above deadlines. The Court granted the parties' prior request.

Thank you for your consideration in this matter.

Respectfully submitted,

KAUFF MCGUIRE & MARGOLIS LLP

*/s/ Michele A. Coyne*_____
Michele A. Coyne

cc:     Counsel for Plaintiff (via ECF)

4929-2077-9108.1