JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Mike DiGiulio
Leah Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

March 9, 2025

**VIA ECF**

The Honorable J. Paul Oetken
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Laguerre v. Paramount Global and Douglas Johnson*
1:25 cv 00879

Dear Hon. Judge Oetken:

We represent Plaintiff Vanessa Laguerre ("Plaintiff") in the above-referenced matter against Defendants Douglas Johnson and Paramount Global (collectively, "Defendants"). We write jointly with Defendants pursuant to the Court's Order on March 9, 2026 (ECF No. 32).

The Parties re-scheduled Sasha Fugazy's deposition to a mutually convenient date. The Parties took Ms. Fugazy's deposition on January 30, 2026, and no further disputes remain concerning the subpoena at issue in Plaintiff's letter motion filed on December 19, 2025 (ECF No. 27).

We thank the Court for its attention to this matter.

Sincerely,

*/s/ Leah Seliger*
Leah Seliger