JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Mike DiGiulio
Leah Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

August 28, 2026

**VIA ECF**

The Honorable J. Paul Oetken
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

*Re:* *Laguerre v. Paramount Global and Douglas Johnson*
1:25 cv 00879

Dear Hon. Judge Oetken:

We represent Plaintiff Vanessa Laguerre ("Plaintiff") in the above-referenced matter against Defendants Douglas Johnson and Paramount Global (collectively, "Defendants"). We write pursuant to the Court's Decision and Order on August 13, 2026 (ECF #63) directing Plaintiff to advise the Court why her claims under New York Labor Law ("NYLL") § 195 should not be dismissed.

After consideration, Plaintiff respectfully advises the Court that she does not intend to show cause and agrees to the dismissal of her NYLL § 195 claims without prejudice.

Plaintiff's position is consistent with recent decisions dismissing analogous claims without prejudice where the plaintiff lacked Article III standing. *See Ochoa v. 5 Square Mgmt. LLC*, 2026 U.S. Dist. LEXIS 143640, at *27 (E.D.N.Y. 2026) (dismissing WTPA claims without prejudice for lack of Article III standing); *Yunjian Lin v. Grand Sichuan 74 St. Inc.*, 2024 U.S. Dist. LEXIS 204667, at *3 (S.D.N.Y. 2024) (same).

Accordingly, Plaintiff agrees to the dismissal of her claims under NYLL § 195 without prejudice.

Respectfully submitted,

*/s/ Leah Seliger*
Leah Seliger