KM&M
KAUFF McGUIRE & MARGOLIS LLP

810 SEVENTH AVENUE • 33RD FLOOR
NEW YORK, NY 10019

TELEPHONE (212) 644-1010
FAX (212) 644-1936

MICHELE A. COYNE
DIRECT DIAL: (212) 909-0703
DIRECT FAX: (212) 909-3503
COYNE@KMM.COM

NEW YORK
LOS ANGELES
WWW.KMM.COM

September 25, 2026

**VIA ECF**

The Honorable J. Paul Oetken
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Laguerre v. Paramount Global, et al.*
Case No.: 1:25-cv-00879 (JPO)

Dear Judge Oetken:

The Parties write jointly concerning the status of this case.

The Parties have agreed to participate in private mediation. The Parties are available for trial on February 22, 2027-February 26, 2027 and, based on those trial dates, propose the following filing deadlines:

- January 25, 2027 – Deadline to file the Joint Pretrial Order, proposed jury instructions and voir dire questions;
- February 8, 2027 – Deadline to file in limine motions; and
- February 15, 2027 – Deadline to file oppositions to in limine motions.

Respectfully submitted,

KAUFF MCGUIRE & MARGOLIS LLP

By: */s/Michele A. Coyne*
Attorneys for Defendants

cc: Plaintiff's Counsel (via ECF)